# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Oliver J. Branch

Plaintiff

v.

Minnesota Department of Corrections;
Lou Stender; Harriet Marette; Diana Lind;
Paul Schnieder and John Kuesel;

Defendants

Case No. Civil 00 2415 JRT/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. The action is dismissed with prejudice. Plaintiff is required to pay the unpaid balance of the court filing fee. Prison officials are directed to deduct that amount from plaintiff's prison trust account and pay it to the clerk of court. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: September 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk