**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

OLIVER ASHER BRANCH, III,

Plaintiff,

Civil No. 00-2415 (JRTJMM)

v.

MINNESOTA DEPARTMENT OF CORRECTIONS, Warden LOU STENDER, Case Manager HARRIET MARETTE, Discipline Supervisor DIANA LIND, Sgt. PAUL SCHNIEDER, and Hearing Officer JOHN KUESEL,

Defendants.

**ORDER**

---

Plaintiff was a Minnesota state prisoner when he commenced this civil rights action on October 30, 2000. The action was dismissed by this Court's Order dated September 6, 2001. Thereafter, plaintiff prepared and submitted a Notice of Appeal in this matter, which is dated September 7, 2001. His Notice of Appeal indicated that he was scheduled to be released from prison on September 10, 2001. The Notice of Appeal was filed by the Clerk of the District Court on September 11, 2001 -- by which time plaintiff apparently was no longer in prison.

FILED NOV 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

By Order dated September 25, 2001, the Eighth Circuit Court of Appeals remanded this case to the District Court for the limited purpose of determining whether plaintiff should be allowed to proceed *in forma pauperis* (IFP) on appeal, and to assess, calculate and collect the appellate filing fee in accordance with *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). To date, plaintiff has not filed an application for leave to proceed IFP on appeal. Moreover, it seems that the filing fee requirements of the Prison Litigation Reform Act, (*see* 28 U.S.C. § 1915(b)), and *Henderson*, should not presently be applicable to this case, because plaintiff is no longer a prisoner. It therefore appears that there is no pending motion or issue to be decided by the District Court at this time, and that the matter should be returned to the Court of Appeals for further proceedings.

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk of Court shall return the file in this matter to the Eighth Circuit Court of Appeals.

DATED: Nov 2, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge